EUGENE N. HANSEN (*pro hac vice*)
Email: hansene@sec.gov
SAMANTHA M. WILLIAMS (*pro hac vice*)
Email: williamssam@sec.gov
DOUGLAS M. MILLER (Cal. Bar. No. 240398) (local counsel)
Email: millerdou@sec.gov

100 F Street NE
Washington, DC 20549
Tel: (202) 551-6091
*Attorneys for Plaintiff*
*Securities and Exchange Commission*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

Western Division

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>             Plaintiff,<br><br>     v.<br><br>AMERICAN PATRIOT BRANDS, INC., *et al.*,<br><br>             Defendants. | Case No. 2:23−cv−05379−AH−BFM<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF SEC'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

This matter came before the Court on Plaintiff Securities and Exchange Commission's (the "SEC's") Motion for Partial Summary Judgment against Defendants American Patriot Brands, Inc., Urban Pharms, LLC, DJ & S Property #1, LLC, TSL Distribution, LLC, Robert Y. Lee, Brian L. Pallas, and J. Bernard Rice, pursuant to Fed. R. Civ. P. 56. The Court having considered the memoranda and evidence filed by the parties, and all other argument and evidence presented to it, and for good cause appearing therefore, hereby ORDERS that the SEC's Motion for Partial Summary Judgment is GRANTED. The undisputed evidence establishes that Defendants violated Section 17(a) of the Securities Act of 1933 [15 U.S.C. § 77q(a)] and Section 10(b) of the Securities Exchange Act of 1934 and Rule10b-5 thereunder [15 U.S.C. § 78j(b); 17 C.F.R. § 240.10b-5].

The Court further ORDERS that the parties shall file, within twenty-eight (28) days of entry of this Order, a stipulation and proposed order setting forth a proposed procedure and proposed schedule for the Court (a) to determine the appropriate remedies for Defendants' violations of Section 17(a) of the Securities Act of 1933 and Section 10(b) of the Securities Exchange Act of 1934 and Rule10b-5 thereunder, including but not limited to determining any injunctive relief, disgorgement and prejudgment interest thereon, civil monetary penalties, and officer and director bars, and (b) otherwise to address the remaining claim(s) in the case, including the unjust enrichment claim against the Relief Defendants (Count III of the Complaint). To the extent that the parties disagree on the proposed procedure and/or the proposed schedule for addressing remedies and the remaining claim(s) in the case, they shall set forth their competing positions in a status report filed within twenty-eight (28) days hereof.

IT IS SO ORDERED.

Dated: _____          _____
                          HON. ANNE HWANG
                          UNITED STATES DISTRICT JUDGE